# EXHIBIT 1

Sharp v. Shinhan et al., Exhibit 1
Summary of Fund Defendants

# EXHIBIT 1: SUMMARY OF FUND DEFENDANTS

| Fund Code | Name of Fund | Trustee | Manager | Principal Invested | Transfers Out | Fictitious Profits | Date of Sub Docs | Date of First Investment | Date Principal Returned | Date of Final Redemption | Exhibit (Sub Docs) | Exhibit (Transfers) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GB001 | GB US Fintech Income Fund of Funds #1 | KSFC | GBAM | $6,465,000.00 | $7,074,903.98 | $609,903.98 | 7/25/2016 | 7/28/2016 | 8/4/2017 | 10/16/2017 | 3 | 36 |
| GB002 | GB US Fintech Income Fund of Funds #2 | KSFC | GBAM | $3,929,000.00 | $4,299,659.38 | $370,659.38 | 7/28/2016 | 7/28/2016 | 8/4/2017 | 10/16/2017 | 4 | 37 |
| GB003 | GB US Fintech Income Fund of Funds #3 | KSFC | GBAM | $3,607,000.00 | $3,931,675.81 | $324,675.81 | 7/26/2016 | 7/28/2016 | 8/4/2017 | 10/16/2017 | 5 | 38 |
| GB004 | GB US Fintech Income Fund of Funds #4 | KSFC | GBAM | $2,358,000.00 | $2,558,197.55 | $200,197.55 | 11/23/2016 | 11/30/2016 | 12/7/2017 | 12/26/2017 | 6 | 39 |
| GB005 | GB US Fintech Income Fund of Funds #5 | KSFC | GBAM | $2,176,000.00 | $2,357,997.35 | $181,997.35 | 11/25/2016 | 11/30/2016 | 12/7/2017 | 12/26/2017 | 7 | 40 |
| GB006 | GB US Fintech Income Fund of Funds #6 | KSFC | GBAM | $3,936,000.00 | $4,270,171.99 | $334,171.99 | 11/29/2016 | 11/30/2016 | 12/7/2017 | 12/26/2017 | 8 | 41 |
| GB007 | GB US Fintech Income Fund of Funds #7 | KSFC | GBAM | $4,149,000.00 | $4,501,255.99 | $352,255.99 | 11/28/2016 | 11/30/2016 | 12/7/2017 | 12/26/2017 | 9 | 42 |
| GB008 | GB US Fintech Income Fund of Funds #8 | KSFC | GBAM | $5,500,516.00 | $5,967,517.62 | $467,001.62 | 12/7/2016 | 12/9/2016 | 12/7/2017 | 12/26/2017 | 10 | 43 |
| GB009 | GB US Fintech Income Fund of Funds #9 | KSFC | GBAM | $3,997,800.00 | $4,336,428.34 | $338,628.34 | 12/30/2016 | 12/30/2016 | 1/8/2018 | 1/29/2018 | 11 | 44 |
| GB010 | GB US Fintech Income Fund of Funds #10 | KSFC | GBAM | $1,498,000.00 | $1,624,886.09 | $126,886.09 | 12/29/2016 | 12/29/2016 | 1/8/2018 | 1/29/2018 | 12 | 45 |
| GB011 | GB US Fintech Income Fund of Funds #11 | KSFC | GBAM | $4,786,395.69 | $5,191,820.96 | $405,425.27 | 1/4/2017 | 1/5/2017 | 1/8/2018 | 1/29/2018 | 13 | 46 |
| GB012 | GB US Fintech Income Fund of Funds #12 | KSFC | GBAM | $8,338,300.00 | $9,032,400.98 | $694,100.98 | 1/31/2017 | 1/31/2017 | 2/8/2018 | 2/26/2018 | 14 | 47 |
| GB013 | GB US Fintech Income Fund of Funds #13 | KSFC | GBAM | $5,866,200.00 | $6,354,517.17 | $488,317.17 | 1/25/2017 | 1/26/2017 | 2/8/2018 | 2/26/2018 | 15 | 48 |
| GB014 | GB US Fintech Income Fund of Funds #14 | KSFC | GBAM | $6,058,800.00 | $6,563,149.67 | $504,349.67 | 1/31/2017 | 1/31/2017 | 2/8/2018 | 2/26/2018 | 16 | 49 |
| GB015 | GB US Fintech Income Fund of Funds #15 | Shinhan | GBAM | $3,597,000.00 | $3,888,506.88 | $291,506.88 | 3/30/2017 | 3/31/2017 | 4/25/2018 | 4/25/2018 | 17 | 50 |
| GB016 | GB US Fintech Income Fund of Funds #16 | Shinhan | GBAM | $3,005,811.26 | $3,206,277.73 | $200,466.47 | 4/28/2017 | 4/28/2017 | 5/25/2018 | 5/25/2018 | 18 | 51 |
| JB001 | JB US Fin-Tech Fund of funds #1 | KSFC | JBAM | $5,505,000.00 | $6,004,437.98 | $499,437.98 | 3/30/2016 | 4/1/2016 | 4/4/2017 | 4/26/2017 | 19 | 52 |
| JB002 | JB US Fin-Tech Fund of funds #2 | KSFC | JBAM | $6,101,000.00 | $7,194,899.86 | $1,093,899.86 | 4/21/2016 | 4/27/2016 | 5/7/2018 | 5/25/2018 | 20 | 53 |
| JB003 | JB US Fin-Tech Fund of funds #3 | KSFC | JBAM | $4,093,000.00 | $4,303,687.46 | $210,687.46 | 5/26/2016 | 5/26/2016 | 12/8/2016 | 12/28/2016 | 21 | 54 |
| JB004 | JB US Fin-Tech Fund of funds #4 | KSFC | JBAM | $4,050,000.00 | $4,255,862.45 | $205,862.45 | 6/27/2016 | 6/27/2016 | 1/3/2017 | 1/24/2017 | 22 | 55 |
| JB005 | JB US Fin-Tech Fund of funds #5 | KSFC | JBAM | $4,470,000.00 | $4,893,651.15 | $423,651.15 | 6/27/2016 | 6/27/2016 | 7/6/2017 | 7/27/2017 | 23 | 56 |
| JB006 | JB US Fin-Tech Fund of funds #6 | KSFC | JBAM | $4,475,000.00 | $4,897,168.64 | $422,168.64 | 7/26/2016 | 7/26/2016 | 8/4/2017 | 9/29/2017 | 24 | 57 |
| JB007 | JB US Fin-Tech Fund of funds #7 | KSFC | JBAM | $5,737,000.00 | $6,278,224.91 | $541,224.91 | 7/29/2016 | 7/29/2016 | 8/4/2017 | 9/29/2017 | 25 | 58 |
| JB008 | JB US Fin-Tech Fund of funds #8 | KSFC | JBAM | $5,315,000.00 | $5,766,251.04 | $451,251.04 | 11/28/2016 | 11/28/2016 | 12/12/2017 | 12/26/2017 | 26 | 59 |
| JB009 | JB US Fin-Tech Fund of funds #9 | KSFC | JBAM | $3,399,000.00 | $3,687,579.92 | $288,579.92 | 12/8/2016 | 12/8/2016 | 12/12/2017 | 12/26/2017 | 27 | 60 |
| JB010 | JB US Fin-Tech Fund of funds #10 | KSFC | JBAM | $6,000,000.00 | $6,508,222.03 | $508,222.03 | 12/29/2016 | 12/29/2016 | 1/8/2018 | 1/29/2018 | 28 | 61 |
| JB011 | JB US Fin-Tech Fund of funds #11 | Kookmin | JBAM | $4,705,000.00 | $5,091,282.31 | $386,282.31 | 3/1/2017 | 2/28/2017 | 3/27/2018 | 3/27/2018 | 29 | 62 |
| JB012 | JB US Fin-Tech Fund of funds #12 | Kookmin | JBAM | $2,949,000.00 | $3,185,587.89 | $236,587.89 | 5/1/2017 | 4/28/2017 | 5/25/2018 | 5/25/2018 | 30 | 63 |
| KAIC001 | KAIC US Fin-Tech Fund of funds #1 | KSFC | KAIC | $4,903,000.00 | $6,109,893.77 | $1,206,893.77 | 1/26/2016 | 1/26/2016 | 11/27/2018 | 12/31/2018 | 31 | 64 |
| KAIC003 | KAIC US Fin-Tech Fund of funds #3 | KSFC | KAIC | $9,954,000.00 | $12,105,244.90 | $2,151,244.90 | 2/29/2016 | 2/29/2016 | 11/27/2018 | 12/31/2018 | 32 | 65 |
| KAIC004 | KAIC US Fin-Tech Fund of funds #4 | KSFC | KAIC | $2,575,000.00 | $2,822,272.44 | $247,272.44 | 5/27/2016 | 5/31/2016 | 5/30/2017 | 6/26/2017 | 33 | 66 |
| KAIC005 | KAIC US Fin-Tech Fund of funds #5 | KSFC | KAIC | $4,640,000.00 | $5,583,018.66 | $943,018.66 | 5/27/2016 | 5/31/2016 | 11/27/2018 | 12/31/2018 | 34 | 67 |
| KAIC009 | KAIC US Fin-Tech Fund of funds #9 | KSFC | KAIC | $2,567,000.00 | $2,764,465.74 | $197,465.74 | 12/9/2016 | 12/9/2016 | 1/8/2018 | 1/29/2018 | 35 | 68 |
| | Total for KSFC Funds | | | $136,450,011.69 | $151,239,463.83 | $14,789,452.14 | | | | | | |
| | Total for Shinhan Funds | | | $6,602,811.26 | $7,094,784.61 | $491,973.35 | | | | | | |
| | Total for Kookmin Funds | | | $7,654,000.00 | $8,276,870.20 | $622,870.20 | | | | | | |
| | Total for GBAM Funds | | | $69,268,822.95 | $75,159,367.49 | $5,890,544.54 | | | | | | |
| | Total for JBAM Funds | | | $56,799,000.00 | $62,066,855.64 | $5,267,855.64 | | | | | | |
| | Total for KAIC Funds | | | $24,639,000.00 | $29,384,895.51 | $4,745,895.51 | | | | | | |
| | **Total for all Funds** | | | **$150,706,822.95** | **$166,611,118.64** | **$15,904,295.69** | | | | | | |

Sharp v. Shinhan et al., Exhibit 1
Summary of Fund Defendants