# EXHIBIT 66

| DLIF Investor Activity | |
|---|---|
| Investor Name | KAIC US Fin-Tech Fund of Funds #4 by Korea Securities Finance Corporation (as Trustee of "KAIC US Fin-Tech Fund of Funds #4") |
| Fund Code | KAIC004 |
| Investment Fund | Direct Lending Income Fund, L.P. |

**Activity Summary**

| | Pre-Receivership |
|---|---|
| Total Cash Subscriptions | $2,575,000.00 |
| Total Cash Redemptions and Distributions | ($2,822,272.44) |
| **Net Profits Paid** | **($247,272.44)** |

**Activity Detail**

| Payment/Cash Clear Date | Cash Subscriptions | Cash Redemptions & Distributions | Cumulative Activity |
|---|---|---|---|
| 5/31/2016 | $2,575,000.00 | - | $2,575,000.00 |
| 7/22/2016 | - | ($22,492.77) | $2,552,507.23 |
| 8/19/2016 | - | ($22,837.50) | $2,529,669.73 |
| 9/20/2016 | - | ($22,450.19) | $2,507,219.54 |
| 10/21/2016 | - | ($22,408.64) | $2,484,810.90 |
| 11/28/2016 | - | ($21,049.63) | $2,463,761.27 |
| 12/27/2016 | - | ($21,309.58) | $2,442,451.69 |
| 1/24/2017 | - | ($20,832.31) | $2,421,619.38 |
| 2/24/2017 | - | ($20,816.65) | $2,400,802.73 |
| 3/27/2017 | - | ($18,787.00) | $2,382,015.73 |
| 4/26/2017 | - | ($20,741.16) | $2,361,274.57 |
| 5/30/2017 | - | ($18,473.51) | $2,342,801.06 |
| 6/7/2017 | - | ($2,575,000.00) | ($232,198.94) |
| 6/26/2017 | - | ($15,073.50) | ($247,272.44) |
| **Total Activity** | **$2,575,000.00** | **($2,822,272.44)** | **($247,272.44)** |