# EXHIBIT 68

Sharp v. Shinhan et al., Exhibit 68
KAIC009 Transfers, Page 1 of 1