**RAINES FELDMAN LLP**
KATHY BAZOIAN PHELPS (SBN 155564)
*kphelps@raineslaw.com*
DAVID CASTLEMAN (SBN 326812)
*dcastleman@raineslaw.com*
1800 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

*Counsel for Bradley D. Sharp,
Permanent Receiver*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY D. SHARP, as the Permanent Receiver for the Estate of DIRECT LENDING INVESTMENTS, LLC, DIRECT LENDING INCOME FUND, L.P., DIRECT LENDING INCOME FEEDER FUND, LTD., DLI CAPITAL, INC., DLI LENDING AGENT, LLC, DLI ASSETS BRAVO, LLC, and THEIR SUCCESSORS, SUBSIDIARIES, AND AFFILIATED ENTITIES,<br><br>Plaintiff,<br><br>v.<br><br>SHINHAN BANK CO., LTD., et al.,<br><br>Defendants. | Case No. 2:21-cv-9197 DSF-MRW<br><br>**NOTICE OF MOTION FOR AUTHORITY TO SERVE UNDER THE HAGUE CONVENTION PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 4(f)(1) OR 4(f)(3)**<br><br>[Filed Concurrently Herewith the Motion, Declaration and Proposed Order]<br><br>Date: March 28, 2022<br>Time: 1:30 p.m.<br>Dept.: Courtroom 7D<br>Place: United States District Court<br>Western Division<br>350 West 1st Street,<br>Los Angeles. CA 90012 |

---

Case No. 2:21-cv-9197 DSF-MRW

2982289.1

NOTICE ON MOTION FOR AUTHORITY
TO SERVE UNDER THE HAGUE CONVENTION

**TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on March 28, 2022, at 1:30 p.m. in Courtroom 7D of the above-entitled court, located at 350 West 1st Street, Los Angeles, CA 92701-4516, Bradley D. Sharp, the Court-appointed permanent receiver (the "Receiver"), will and hereby does make this Motion for Authority to Serve Defendants Under the Hague Convention pursuant to Federal Rules of Civil Procedure 4(f)(1) or 4(f)(3) (the "Motion").

1. In this Motion, Plaintiff seeks authority to serve Defendants in the above-captioned action (the "Action") with the summons (Docket No. 11) and the complaint (Docket No. 1) in this Action, via The Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (the "Hague Convention"), without the need to translate and serve the exhibits to the complaint or other items from the docket.

2. Plaintiff further requests authority to serve one copy of the complaint and summons on each of Shinhan Bank Co., Ltd. ("Shinhan"), Kookmin Bank Co., Ltd. ("Kookmin"), and Korea Securities Finance Corporation ("KSFC," and collectively, the "Trustee Defendants"), on behalf of such Trustee Defendant and each of the investment fund defendants for which the Trustee Defendant served as trustee.

3. Plaintiff submits that his proposed method of service is sufficient service under Federal Rule of Civil Procedure 4(f)(1). However, to the extent that the Court finds that such service is not in strict compliance with Rule 4(f)(1), Plaintiff requests in the alternative the Court approve Plaintiff's proposed method of service as valid under Rule 4(f)(3).

This Motion is based upon this Notice of Motion, the Motion, the Declaration of David Castleman, and the proposed order filed concurrently, the pleadings, records, and file of the Court in this Action, and upon such further oral argument, testimony and evidence as may be received at the hearing on this matter. Defendants did not respond to Plaintiff's request for a pre-motion conference pursuant to Local Rule 7-3.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 7-9, any party who opposes the Motion must, not later than 21 days before the date of the hearing on the motion, serve upon all other parties and file with the Clerk either (a) the evidence upon which the opposing party will rely in opposition to the motion and a brief but complete memorandum which shall contain a statement of all the reasons in opposition thereto and the points and authorities upon which the opposing party will rely, or (b) a written statement that that party will not oppose the motion. Evidence presented in all opposing papers shall comply with the requirements of L.R. 7-6, 7-7 and 7-8.

DATED:  February 25, 2022            RAINES FELDMAN LLP

By: /s/ David Castleman
Kathy Bazoian Phelps
David Castleman
Counsel for Bradley D. Sharp,
Permanent Receiver