**RAINES FELDMAN LITTRELL LLP**
Kathy Bazoian Phelps (State Bar No. 155564)
kphelps@raineslaw.com
1900 Avenue of the Stars, Suite 1900
Los Angeles, California 90067
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

*Counsel for Bradley D. Sharp,*
*Permanent Receiver*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY D. SHARP, as the Permanent Receiver for the Estate of DIRECT LENDING INVESTMENTS, LLC, DIRECT LENDING INCOME FUND, L.P., DIRECT LENDING INCOME FEEDER FUND, LTD., DLI CAPITAL, INC., DLI LENDING AGENT, LLC, DLI ASSETS BRAVO, LLC, and THEIR SUCCESSORS, SUBSIDIARIES, AND AFFILIATED ENTITIES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHINHAN BANK CO., LTD., et al.<br><br>　　　　　Defendants. | Case No.: 2:21-cv-9197-DSF-MRW<br><br>**STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE** |

Plaintiff Bradley D. Sharp ("Receiver" or "Plaintiff"), Defendants Shinhan Bank Co., Ltd. ("Shinhan"), Kookmin Bank Co., Ltd. ("Kookmin"), Korea Securities Finance Corporation ("KSFC") (collectively, the "Trustee Defendants"), and Defendants Korea Alternative Investment Asset Management Corporation ("KAIC"), Golden Bridge Asset Management Co., Ltd. ("GBAM"),

1

and JB Asset Management Co., Ltd. ("JBAM") (collectively, the "Manager Defendants"), stipulate as follows:

WHEREAS, on November 23, 2021, Plaintiff Sharp filed a Complaint in the United States District Court for the Central District of California (ECF 1) commencing this proceeding (the "Adversary Proceeding");

WHEREAS, the Trustee Defendants and the Manager Defendants (collectively, the "Defendants") were all served with the Complaint and Summons via the Hague Service Convention process in Korea in June 2022;

WHEREAS, counsel for the Receiver and counsel for the Defendants engaged in extensive settlement discussions to resolve the claims asserted in the Complaint and agreed to amend the deadline for the Defendants to response to the Complaint pursuant to a series of stipulations filed in the case;

WHEREAS, the Receiver entered into a Settlement Agreement with the Trustee Defendants and a Settlement Agreement with the Manager Defendants (collectively, the "Settlement Agreements"), both of which provide for the dismissal of the Defendants with prejudice, and until the dismissals, that the litigation shall be stayed pending the filing of a first amended complaint or dismissal of the Complaint;

WHEREAS, the Settlement Agreements provide that the Defendants are to pay the settlement sums set forth in the Settlement Agreements within thirty (30) days after dismissal of the Defendants from the Adversary Proceeding;

WHEREAS, following his investigation and in reliance on the terms of the Settlement Agreements, the Receiver has determined to dismiss this Adversary Proceeding without amending the Complaint to add new parties; and

WHEREAS, the Parties request that the Court enter an order dismissing the Adversary Proceeding with prejudice.

10086546.2
10241587.1

## Agreement

1. The Parties agree that this Adversary Proceeding shall be dismissed with prejudice.

2. The Defendants shall pay the settlement sums owing under the Settlement Agreements within thirty (30) days of entry of this Order dismissing the Adversary Proceeding.

3. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: August 8, 2024           RAINES FELDMAN LITTRELL LLP

                                By:  /s/ Kathy Bazoian Phelps
                                     Kathy Bazoian Phelps
                                     *Counsel for Bradley D. Sharp,*
                                     *Permanent Receiver*

DATED: August 8, 2024           CLEARY GOTTLIEB STEIN & HAMILTON LLP

                                By:  /s/ Heather Nyong'o
                                     Heather Nyong'o
                                     Ye Eun Chun
                                     *Attorneys for Shinhan Bank Co., Ltd.,*
                                     *Kookmin Bank Co., Ltd., and Korea*
                                     *Securities Finance Corporation*

DATED: August 8, 2024           ARNOLD & PORTER KAYE SCHOLER

                                By:  /s/ James K. Lee
                                     James K. Lee
                                     *Attorneys for Korea Alternative*
                                     *Investment Asset Management*
                                     *Corporation, Golden Bridge Asset*
                                     *Management Co., Ltd., and JB Asset*
                                     *Management Co., Ltd.*

**Attestation Regarding Signatures Under Local Civil Rule 5-4.3.4**

I, Kathy Bazoian Phelps, attest that all other signatories listed and on whose behalf this filing is submitted concur in the content of this filing and have authorized this filing and the affixing of their electronic signature on this filing.

*/s/ Kathy Bazoian Phelps*
KATHY BAZOIAN PHELPS